**ACTION SECURITY SERVICES, INC., a Florida corporation, Plaintiff–Appellant,**

v.

**AMERICA ONLINE, INC., a foreign corporation, Defendant–Appellee.**

**No. 05–14109.**

United States Court of Appeals, Eleventh Circuit.

May 8, 2006.

William B. Pringle, III, William B. Pringle, III, P.A., Orlando, FL, for Plaintiff–Appellant.

Edward H. Trent, Richard Neal Margulies, Akerman Senterfitt & Eidson, Jacksonville, FL, for Defendant–Appellee.

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

the prior arrest, it *twice* expressly assured Polchantara that his immigration status would not affect his sentence.

PER CURIAM:

This appeal challenges the district court's order granting appellee summary judgment on the ground that the district court improperly resolved material issues of fact that should be submitted to a jury. We are not persuaded. In our view, appellant simply failed to present any admissible evidence sufficient to withstand appellee's motion for summary judgment.

AFFIRMED.